# Order

Michigan Supreme Court
Lansing, Michigan

December 16, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141761

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellant,

v

PAUL ALAN FARQUHARSON,
  Defendant-Appellee.

SC: 141761
COA: 289071
Gladwin CC: 08-003915-FH

_____/

On order of the Court, the application for leave to appeal the July 22, 2010 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Dowdy* (Docket No. 140603) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2010

Clerk